RITCHIE COUNTY BANK et al. v. McFARLAND et al.

(Circuit Court of Appeals, Fourth Circuit. November 14, 1910.)

No. 965.

Appeal from the District Court of the United States for the Northern District of West Virginia, at Parkersburg, in Bankruptcy.

In the matter of the Elletson Company, bankrupt. Proceedings by the Ritchie County Bank and others against R. L. McFarland, trustee in bankruptcy of the Elletson Company, and others. From a decree in favor of defendants (174 Fed. 859), the bank and others appeal. Dismissed.

Sherman Robinson, for appellants.
Smith D. Turner and C. D. Merrick, for appellees.

Before GOFF and PRITCHARD, Circuit Judges, and WADDILL, District Judge.

WADDILL, District Judge. This is an appeal from a decree of the District Court of the United States for the Northern District of West Virginia, rendered on the 3d day of December, 1909, in the bankruptcy proceeding of the Elletson Company, bankrupt, in bankruptcy, whereby the said court adjudged to be void a certain trust deed under which the appellant claimed to hold a preferred lien upon the bankrupt's estate. This decree has been reviewed and affirmed in another proceeding pending in this court under the provisions of the bankruptcy law, providing for the superintendence and review in matters of law of the decisions of the District Court. Ritchie County Bank et al. v. R. L. McFarland, Trustee, etc., 183 Fed. 715.

This court in that case held that the proper remedy was by petition for review, as distinguished from an appeal; consequently it follows that this appeal should be dismissed.